# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY JARVIS, D.D.S., <br><br> Plaintiff, <br><br> vs. <br><br> PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, and DOES 1-50, <br><br> Defendants. | Case No. 3:17-cv-02409-EMC <br><br> **[PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE** |

# ORDER

Pursuant to the stipulation of the parties, and for good cause appearing, it is hereby ordered that the Case Management Conference shall be continued to August 17, 2017 at ___10:30___ a.m. Joint CMC statement shall be filed by August 10, 2017.

IT IS SO ORDERED.

DATED: _____August 1, 2017_____

Edward M. Chen
United States District Judge



1