# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY JARVIS, D.D.S., | Case No. 3:17-cv-02409-EMC |
| Plaintiff, | (Honorable Edward M. Chen) |
| vs. | |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, and Does 1-50, | **[~~PROPOSED~~] ORDER CONTINUING TRIAL AND CERTAIN CASE MANAGEMENT DATES**<br>(revised) |
| Defendants. | |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

[PROPOSED] ORDER CONTINUING TRIAL AND CERTAIN CASE MANAGEMENT DATES
CASE NO. 3:17-CV-02409-EMC
302209415v1 0998589

# ORDER

Pursuant to the stipulation of the parties, and for good cause appearing, it is hereby ordered that the trial and certain case management dates and deadlines be continued as follows:

|  | Current Date | New Date |
|---|---|---|
| Expert Opening Reports | 7/26/2018 | 10/12/18 |
| Expert Rebuttal Reports | 8/16/2018 | 11/9/18 |
| Expert Discovery Cutoff | 9/6/2018 | 12/21/18 |
| Dispositive Motion Filing: | 9/20/2018 | 11/9/18 |
| Dispositive Motion Hearing: | 10/25/2018 | 12/21/18 |
| Final Pre Trial Conference: | 1/8/2019 | 5/14/19 |
| Trial | 2/4/2019 | 6/10/19 |

This case is referred to magistrate judge for settlement conference. Settlement conference is to be held within 60 days. Status remains set for 8/9/18 at 10:30 a.m. Updated joint status report due 8/2/18.

IT IS SO ORDERED.

DATED: 7/18/2018



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800